1  Tanya E. Moore, SBN 206683
   Zachary M. Best, SBN 166035
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: service@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Jose Acosta

7

8

9                    **UNITED STATES DISTRICT COURT**

10                    **EASTERN DISTRICT OF CALIFORNIA**

11

12 JOSE ACOSTA,                              ) No. 1:16-cv-01207-LJO-MJS
                                              )
13         Plaintiff,                         ) **SECOND STIPULATION FOR**
                                              ) **EXTENSION OF TIME FOR**
14    vs.                                     ) **DEFENDANT TO RESPOND TO**
                                              ) **COMPLAINT; ORDER**
15 MANUEL MORALES, individually and dba       )
   EL PASO FURNITURE,                         )
16                                            )
           Defendant.                         )
17                                            )
                                              )
18 _____   )

**WHEREAS,** Plaintiff Jose Acosta ("Plaintiff"), and Defendant Manuel Morales, individually and dba El Paso Furniture ("Defendant," and together with Plaintiff, "the Parties"), by and through their respective counsel, previously entered into a stipulation granting Defendant to and including October 20, 2016 to file a responsive pleading in this matter (Dkt. 5);

**WHEREAS,** the Court has ordered the Parties to meet and confer regarding settlement, and to file a Joint Status Report re: Settlement ten days before the continued Scheduling Conference which is set for January 5, 2017 (Dkt. 6), such that the Joint Status Report re: Settlement will be due on December 23, 2016 (accounting for the Court holiday on December 26, 2016);

**WHEREAS,** the Parties are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees which would be incurred in filing the responsive pleading while they exhaust settlement efforts;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that Defendant may have to and including December 22, 2016 to file his responsive pleading in this matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order.

Dated: November 29, 2016                                 MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Jose Acosta

Dated: November 29, 2016                                 */s/ Bruce A. Neilson*
Bruce A. Neilson
Attorney for Defendant
Manuel Morales, individually and dba
El Paso Furniture

# **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Manuel Morales, individually and dba El Paso Furniture, shall have to and including December 22, 2016 within which to file a responsive pleading in case number 1:16-cv-01207-LJO-MJS.

IT IS SO ORDERED.

Dated:   November 29, 2016             /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE